IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IN RE MENTOR CORP. OBTAPE          *   MDL Docket No. 2004
                                       4:08-MD-2004 (CDL)
TRANSOBTURATOR SLING PRODUCTS      *
                                       Case Nos.
LIABILITY LITIGATION               *   4:12-cv-176 (Taylor)
                                       4:13-cv-42 (Sanborn)
                                   *   4:14-cv-117 (Mack)

_____

O R D E R

In an effort to try these cases efficiently and minimize wasting the jury's time with in-court objections, the Court directed the parties to designate the portions of depositions that they intend to submit during the trial. The Court required the parties to make objections to those designations prior to trial so that the Court could rule on those objections in advance of trial. This exercise has confirmed the wisdom of the Court's general opposition to "trial by deposition." Attorneys inevitably designate more testimony than they would elicit from the witness live at trial. And objections are typically more frequent and less targeted than they would be at trial. Nevertheless, the Court has conducted an extensive review of the parties' deposition designations and the objections to those designations. Based on this review, the Court makes the following rulings. Rulings marked with an asterisk (*) indicate that the Court found the evidence to be admissible in part due

to the Plaintiff's continuing duty to warn claim, which remains pending for Taylor and Mack.

During the Court's review, the Court noticed that some designated testimony and related exhibits discuss the FDA 510(k) process. Evidence of the 510(k) process has been excluded. *In re Mentor Corp. Obtape Transobturator Sling Products Liab. Litig.*, No. 2004, 2015 WL 7863032, at *5-*6 (M.D. Ga. Dec. 3, 2015). If the parties objected to testimony or exhibits that contained 510(k) references, then the Court sustained the objection. The Court did not, however, *sua sponte* review un-objected to testimony or exhibits. The parties are reminded that any references to the 510(k) process—in deposition testimony or in an exhibit—should be redacted before trial.

## I.   Mentor's Objections to Plaintiffs' Deposition Designations

### A.   Kathleen Beauchamp – Mar. 12, 2010

| Beauchamp Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 32:16-32:25 | Sustained | Sustained | Sustained |
| 59:16-59:25 | Overruled | Overruled | Overruled |
| 60:5-61:8 | Overruled | Overruled | Overruled |
| 61:21-62:9 | Overruled | Overruled | Overruled |
| 65:17-67:3 | Overruled* | Overruled | Overruled |
| 68:12-68:14 | Overruled* | Overruled | Overruled |
| 69:4-69:8 | Overruled* | Overruled | Overruled |
| 69:19-70:3 | Overruled* | Overruled | Overruled |
| 70:24-72:14 | Overruled* | Overruled | Overruled |
| 72:15-72:24 | Overruled | Overruled | Overruled |
| 75:5-75:16 | Overruled* | Overruled | Overruled |
| 77:18-78:1 | Overruled* | Overruled | Overruled |
| 78:12-80:16 | Overruled* | Overruled | Overruled |
| 81:7-81:15 | Overruled* | Overruled | Overruled |
| 82:4-82:11 | Overruled* | Overruled | Overruled |

| Beauchamp Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 85:20-85:22 | Overruled* | Overruled | Overruled |
| 86:5-86:23 | Overruled* | Overruled | Overruled |
| 87:18-88:3 | Sustained | Sustained | Sustained |
| 88:21-90:16, Exhibit 6 | Overruled* | Sustained as to 88:21-89:22 and Ex. 6 | Overruled* |
| 95:11-96:17 | Overruled | Overruled | Overruled |
| 98:16-98:20 | Overruled | Overruled | Overruled |
| 100:1-101:1 | Overruled | Overruled | Overruled |
| Exhibit 9 | Sustained to extent that healthcare provider info should be redacted. | Sustained to extent that healthcare provider info should be redacted. | Sustained to extent that healthcare provider info should be redacted. |
| 113:7-113:25 | Overruled | Overruled | Overruled |
| 114:16-115:4 | Overruled | Overruled | Overruled |
| 119:10-119:21 | Overruled | Overruled | Overruled |
| Exhibit 11 | Sustained to extent that SABRE reference should be redacted. | Sustained to extent that SABRE reference should be redacted. | Sustained to extent that SABRE reference should be redacted. |
| 121:21-122:11 | Overruled | Overruled | Overruled |
| 122:19-123:12 | Overruled | Overruled | Overruled |
| 124:3-124:25 | Sustained re 124:15 "and number 3" to 124:16 | Sustained re 124:15 "and number 3" to 124:16 | Sustained re 124:15 "and number 3" to 124:16 |
| 127:7-130:19 | Overruled* | Overruled | Overruled |
| 131:15-131:25 | Overruled* | Overruled | Overruled |
| 133:6-134:16 | Overruled* | Overruled | Overruled |
| 136:6-136:17 | Overruled* | N/A | N/A |
| 137:10-137:25 | Overruled* | Overruled | Overruled |
| 138:8-139:6 | Overruled* | Overruled | Overruled |
| 139:19-140:16 | Overruled* | Overruled | Overruled |
| 141:16-141:25 | Overruled* | Overruled | Overruled |
| 142:6-145:22 | Overruled* | Overruled | Overruled |
| 146:2-146:7 | Overruled* | Overruled | Overruled |
| 146:12-146:25 | Overruled* | Overruled | Overruled |
| 147:18-147:21 | Overruled* | Overruled | Overruled |
| 148:4-148:14 | Overruled* | Overruled | Overruled |
| 148:17-149:1 | Overruled* | Overruled | Overruled |
| 149:2-151:8 | Overruled* | Overruled | Overruled |

| Beauchamp Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 156:17-156:20 | Overruled* | Overruled | Overruled |
| 158:8-158:24 | Overruled* | Overruled | Overruled |
| 166:8-166:16 | Overruled* | Overruled | Overruled |
| 167:9-169:2 | Overruled* | Overruled | Overruled |
| Exhibit 19 | Sustained to extent that healthcare provider info should be redacted. | Sustained to extent that healthcare provider info should be redacted. | Sustained to extent that healthcare provider info should be redacted. |
| 171:4-173:17 | Overruled* | Overruled | Overruled |
| 174:21-175:20 | Overruled* | Overruled | Overruled |
| 178:23-179:22 | Sustained as to 179:16-22 | Sustained as to 179:16-22 | Sustained as to 179:16-22 |
| Exhibit 20 | Sustained to extent that portions re business other than ObTape should be redacted | Sustained to extent that portions re business other than ObTape should be redacted | Sustained to extent that portions re business other than ObTape should be redacted |
| 181:7-181:15 | Overruled* | Overruled | Overruled |
| 181:21-182:25 | Overruled* | Overruled | Overruled |
| 183:25-184:9 | Overruled* | Overruled | Overruled |
| 186:14-186:19 | Sustained | Sustained | Sustained |
| 193:17-194:16 | Overruled* | Overruled | Overruled |
| 201:12-203:9 | Overruled* | Overruled | Overruled |
| 204:11-205:6 | Overruled* | Overruled | Overruled |
| 205:21-206:15 | Overruled | Overruled | Overruled |
| 207:5-207:24 | Overruled | Overruled | Overruled |
| 215:20-217:1 | Sustained | Sustained | Sustained |
| 219:17-220:6 | Sustained | Sustained | Sustained |
| 228:3-228:13 | Overruled | Overruled | Overruled |
| 228:24-230:5 | Sustained re 230:2-5 | Sustained re 230:2-5 | Sustained re 230:2-5 |
| 231:13-231:21 | Sustained | Sustained | Sustained |
| Exhibit 28 | Sustained to extent that Aris discussion should be redacted. | Sustained to extent that Aris discussion should be redacted. | Sustained to extent that Aris discussion should be redacted. |
| 232:13-232:14 | Overruled | Overruled | Overruled |
| 234:8-236:13 | Sustained | Sustained | Sustained |
| 243:12-243:19 | Overruled* | Sustained | Overruled* |

| Beauchamp Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 244:7-247:15 | Overruled* | Sustained | Overruled* |
| 297:23-298:5 | Overruled* | Sustained | Overruled* |
| 298:24-300:4 | Overruled* | Sustained | Overruled* |
| 301:10-301:24 | Overruled* | Sustained | Overruled* |
| 303:7-303:10 | Sustained | Sustained | Sustained |
| 303:19-304:13 | Overruled* | Sustained | Overruled* |
| 308:9-308:18 | Overruled | Overruled | Overruled |
| 315:15-317:16 | Sustained as to 316:3-8* | Sustained | Sustained as to 316:3-8* |
| 317:21-319:10 | Overruled* | Sustained | Overruled* |
| 319:19-320:19 | Overruled* | Sustained | Overruled* |
| 324:21-325:6 | Sustained | Sustained | Sustained |
| Exhibit 42 | Sustained to extent that ObTape withdrawal discussion should be redacted. | Sustained to extent that ObTape withdrawal discussion should be redacted. | Sustained to extent that ObTape withdrawal discussion should be redacted. |
| 325:24-327:17 | Sustained as to 326:18-21* | Sustained | Sustained as to 326:18-21* |
| 329:3-330:23 | Overruled* | Sustained | Overruled* |
| 331:6-332:3 | Overruled* | Overruled | Overruled |
| 333:11-336:9 | Sustained as to 333:19-336:9* | Sustained as to 333:19-336:9 | Sustained as to 333:19-336:9 |

B.   Delia Cook – Jan. 21, 2010

| Cook Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 17:5-17:17 | Sustained as to 17:15-17 | Sustained as to 17:15-17 | Sustained as to 17:15-17 |
| 23:3-23:8 | Overruled | Overruled | Overruled |
| 39:13-39:25 | Overruled | Overruled | Overruled |
| 40:17-40:19 | Overruled | Overruled | Overruled |
| 41:12-41:21 | Overruled | Overruled | Overruled |
| 99:9-100:5 | Overruled | Overruled | Overruled |
| 101:14-101:25 | Overruled | Overruled | Overruled |
| 104:11-104:16 | Overruled | Overruled | Overruled |
| 105:2-105:9 | Overruled | Overruled | Overruled |
| 109:9-109:21 | Overruled | Overruled | Overruled |
| 110:11-110:16 | Overruled | Overruled | Overruled |
| 115:20-116:5 | Overruled | Overruled | Overruled |
| 129:3-129:11 | Overruled | Overruled | Overruled |

| Cook Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 131:7-133:2 | Sustained as to 131:10 ("I want") to 131:16 | Sustained as to 131:10 ("I want") to 131:16 | Sustained as to 131:10 ("I want") to 131:16 |
| 137:18-138:9 | Sustained | Sustained | Sustained |
| 152:11-153:22 | Overruled* | N/A | N/A |
| 156:22-157:8 | Sustained as to 156:5 ("By the time") to 156:8* | Sustained as to 156:5 ("By the time") to 156:8 | Sustained as to 156:5 ("By the time") to 156:8 |
| 162:7-163:3 | Overruled | Overruled | Overruled |
| 173:2-175:7 | Overruled* | Overruled | Overruled |
| 176:12-176:16 | Overruled* | Overruled | Overruled |
| 184:6-184:21 | Overruled* | Overruled | Overruled |
| 185:11-186:17 | Overruled* | Overruled | Overruled |
| 195:2-195:15 | Overruled* | Overruled | Overruled |
| 196:11-198:23 | Overruled* | Overruled | Overruled |
| 200:1-200:9 | Overruled* | Overruled | Overruled |
| 201:4-202:4 | Overruled* | Overruled | Overruled |
| 202:17-203:5 | Overruled* | Overruled | Overruled |
| 206:7-206:22 | Overruled* | Overruled | Overruled |
| 207:12-207:20 | Overruled | Overruled | Overruled |
| 219:6-219:21 | Overruled | Overruled | Overruled |
| 221:12-221:21 | Overruled | Overruled | Overruled |
| 229:5-229:14 | Overruled* | Sustained | Overruled* |
| 230:12-230:18 | Overruled* | Sustained | Overruled* |
| 242:9-242:20 | Sustained | Sustained | Sustained |
| 243:2-243:7 | Sustained | Sustained | Sustained |
| 269:2-271:15 | Sustained | Sustained | Sustained |

C.    Emily Daley – Aug. 11, 2009

| Daley 2009 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 12:1-12:8 | Overruled | Overruled | Overruled |
| 12:19-13:5 | Overruled | Overruled | Overruled |
| 13:19-14:2 | Overruled | Overruled | Overruled |
| 14:4-14:11 | Overruled | Overruled | Overruled |
| 17:10-17:21 | Overruled | Overruled | Overruled |
| 27:1-27:3 | Overruled | Overruled | Overruled |
| Exhibit 3 | Sustained | Sustained | Sustained |
| 34:22-35:5 | Sustained | Sustained | Sustained |
| 36:10-36:20 | Sustained | Sustained | Sustained |
| 37:21-38:1 | Overruled | Overruled | Overruled |

| Daley 2009 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 42:19-43:5 | Overruled | Overruled | Overruled |
| 43:13-43:22 | Overruled | Overruled | Overruled |
| 44:3-44:14 | Overruled | Overruled | Overruled |
| 45:9-45:13 | Sustained | Sustained | Sustained |
| 46:10-46:20 | Overruled | Overruled | Overruled |
| 46:22-47:1 | Overruled | Overruled | Overruled |
| 49:16-49:25 | N/A | Overruled | Overruled |
| 58:3-59:16 | Overruled | Overruled | Overruled |
| 59:12-59:25 | Overruled | Overruled | Overruled |
| 63:21-64:13 | Overruled | Overruled | Overruled |
| 101:2-101:10 | Overruled | Overruled | Overruled |
| 101:14-101:17 | Overruled | Overruled | Overruled |
| 108:2-108:22 | Overruled | Overruled | Overruled |
| 108:23-109:6 | Overruled | Overruled | Overruled |
| 122:17-122:18 | Overruled | N/A | N/A |
| 123:4-123:4 | Overruled | N/A | N/A |
| 147:11-147:11 | Overruled | Overruled | Overruled |
| 153:17-155:5 | Overruled | Overruled | Overruled |
| 155:20-155:22 | Overruled | Overruled | Overruled |
| 156:18-157:15 | Overruled | Overruled | Overruled |
| 158:11-159:6 | Overruled | Overruled | Overruled |
| 159:11-159:22 | Overruled | Overruled | Overruled |
| 164:5-165:5 | Overruled* | Overruled | Overruled |
| 166:4-167:23 | Overruled | N/A | N/A |
| 245:6-245:12 | N/A | Overruled | Overruled |
| 246:20-247:9 | Overruled | Overruled | Overruled |
| 248:4-248:11 | Sustained | Sustained | Sustained |
| 252:15-252:21 | Sustained | Sustained | Sustained |
| 253:3-253:11 | Sustained | Sustained | Sustained |
| 254:11-254:16 | Overruled | Overruled | Overruled |
| 254:21-255:6 | Overruled | Overruled | Overruled |
| 267:8-268:3 | Sustained | Sustained | Sustained |
| 269:11-269:17 | Sustained | Sustained | Sustained |
| 271:10-271:14 | Sustained | Sustained | Sustained |
| 274:2-274:11 | Sustained | Sustained | Sustained |
| 275:5-275:5 | Sustained | Sustained | Sustained |
| 275:11-277:9 | Sustained | Sustained | Sustained |
| 278:25-279:7 | Sustained | Sustained | Sustained |
| 287:4-288:5 | Sustained | Sustained | Sustained |
| 292:2-292:6 | Sustained | Sustained | Sustained |
| 293:5-293:6 | Sustained | Sustained | Sustained |
| 293:13-293:13 | Overruled | Overruled | Overruled |
| 294:14-294:23 | Overruled | Overruled | Overruled |

| Daley 2009 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 310:24-311:2 | Sustained | Sustained | Sustained |

D.    Emily Daley – Feb. 25, 2010

| Daley 2010 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 21:14-21:23 | Overruled | Overruled | Overruled |
| 22:2-22:13 | Overruled | Overruled | Overruled |
| 23:18-24:1 | Overruled | Overruled | Overruled |
| 24:14-24:20 | Overruled | Overruled | Overruled |
| 29:25-31:1 | Overruled | Overruled | Overruled |
| 32:3-32:16 | Overruled | Overruled | Overruled |
| 41:3-41:19 | Overruled | Overruled | Overruled |
| 41:19-42:25 | Overruled | Overruled | Overruled |
| 45:9-45:19 | Overruled | Overruled | Overruled |
| 49:23-51:14 | Sustained as to 49:24-25 "for four years" | Sustained as to 49:24-25 "for four years" | Sustained as to 49:24-25 "for four years" |
| 51:15-51:20 | Overruled | Overruled | Overruled |
| 53:1-53:7 | Overruled | Overruled | Overruled |
| 56:4-56:8 | Sustained as to 56:4-5 "during the entire time that it was selling ObTape" | Sustained as to 56:4-5 "during the entire time that it was selling ObTape" | Sustained as to 56:4-5 "during the entire time that it was selling ObTape" |
| 56:9-56:19 | Overruled | Overruled | Overruled |
| 56:21-57:8 | Overruled | Overruled | Overruled |
| 58:19-58:25 | Overruled | Overruled | Overruled |
| 59:16-60:1 | Overruled | Overruled | Overruled |
| 60:24-61:14 | Overruled | Overruled | Overruled |
| 62:22-62:24 | Overruled | Overruled | Overruled |
| 65:19-65:24 | Overruled | Overruled | Overruled |
| 66:9-66:18 | Overruled | Overruled | Overruled |
| 66:20-67:6 | Overruled | Overruled | Overruled |
| 67:7-67:13 | Overruled | Overruled | Overruled |
| 68:9-68:18 | Overruled | Overruled | Overruled |
| 68:22-69:4 | Overruled | Overruled | Overruled |
| 70:15-71:4 | Overruled | Overruled | Overruled |
| 71:6-71:11 | Overruled | Overruled | Overruled |
| 71:23-72:6 | Overruled | Overruled | Overruled |

| Daley 2010 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 72:7-72:9 | Sustained as to 72:7-8 "the entire time they were selling the product" | Sustained as to 72:7-8 "the entire time they were selling the product" | Sustained as to 72:7-8 "the entire time they were selling the product" |
| 78:23-79:17 | Sustained as to 78:25:79:1 "during the years it was selling the product" | Sustained as to 78:25:79:1 "during the years it was selling the product" | Sustained as to 78:25:79:1 "during the years it was selling the product" |
| 81:8-81:18 | Overruled | Overruled | Overruled |
| 83:7-83:13 | Overruled | Overruled | Overruled |
| 83:20-83:22 | Overruled | Overruled | Overruled |
| 84:11-84:17 | Overruled | Overruled | Overruled |
| 84:19-84:24 | Overruled | Overruled | Overruled |
| 94:12-94:24 | Overruled | Overruled | Overruled |
| 96:3-96:8 | Overruled | Overruled | Overruled |
| 96:15-97:1 | Overruled | Overruled | Overruled |
| 101:23-102:4 | Overruled | Overruled | Overruled |
| 102:22-103:1 | Overruled | Overruled | Overruled |
| 108:14-108:20 | Overruled | Overruled | Overruled |
| 111:17-111:24 | Overruled | Overruled | Overruled |

| Daley 2010 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 114:20-117:18 | Sustained as to 114:20-21 "And during the years that ObTape was being sold by Mentor;" 115:1-2 "During the entire time that ObTape was on the market"; 115:17-18 "And during the years that Mentor was selling ObTape"; 116:7-8 "during the many years it was selling ObTape"; 117:1-2 "During the years that Mentor was selling ObTape" | Sustained as to 114:20-21 "And during the years that ObTape was being sold by Mentor;" 115:1-2 "During the entire time that ObTape was on the market"; 115:17-18 "And during the years that Mentor was selling ObTape"; 116:7-8 "during the many years it was selling ObTape"; 117:1-2 "During the years that Mentor was selling ObTape" | Sustained as to 114:20-21 "And during the years that ObTape was being sold by Mentor;" 115:1-2 "During the entire time that ObTape was on the market"; 115:17-18 "And during the years that Mentor was selling ObTape"; 116:7-8 "during the many years it was selling ObTape"; 117:1-2 "During the years that Mentor was selling ObTape" |
| 120:8-120:14 | Sustained as to 120:8-9 "during the years it was selling ObTape" | Sustained as to 120:8-9 "during the years it was selling ObTape" | Sustained as to 120:8-9 "during the years it was selling ObTape" |
| 123:17-123:25 | Overruled | Overruled | Overruled |
| 124:2-125:7 | Overruled | Overruled | Overruled |
| 126:6-126:10 | Sustained | Sustained | Sustained |
| 136:6-136:15 | Overruled | Overruled | Overruled |
| 137:1-137:9 | Overruled | Overruled | Overruled |
| 137:22-138:9 | Overruled | Overruled | Overruled |
| 138:11-138:22 | Overruled | Overruled | Overruled |
| 139:6-139:22 | Overruled | Overruled | Overruled |
| 139:24-140:17 | Overruled | Overruled | Overruled |
| 141:8-141:22 | Overruled | Overruled | Overruled |
| 141:24-142:11 | Overruled | Overruled | Overruled |
| 143:2-143:17 | Overruled | Overruled | Overruled |
| 144:3-144:11 | Overruled | Overruled | Overruled |
| 144:13-145:4 | Overruled | Overruled | Overruled |

| Daley 2010 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 145:14-146:5 | Overruled | Overruled | Overruled |
| 152:15-152:22 | Sustained as to 115:15-16 "And during the years Mentor is selling ObTape" | Sustained as to 115:15-16 "And during the years Mentor is selling ObTape" | Sustained as to 115:15-16 "And during the years Mentor is selling ObTape" |
| 160:3-160:8 | Overruled | Overruled | Overruled |
| 160:21-160:25 | Overruled | Overruled | Overruled |
| 161:18-162:19 | Overruled | Overruled | Overruled |
| 163:24-164:2 | Overruled | Overruled | Overruled |
| 165:9-166:2 | Overruled | Overruled | Overruled |
| 166:11-167:24 | Overruled | Overruled | Overruled |
| 168:3-168:19 | Overruled | Overruled | Overruled |
| 170:16-170:21 | Overruled | Overruled | Overruled |
| 176:20-176:24 | Overruled | Overruled | Overruled |
| 178:1-178:7 | Overruled | Overruled | Overruled |
| 178:9-179:8 | Overruled | Overruled | Overruled |
| 179:10-179:22 | Overruled | Overruled | Overruled |
| 179:24-180:9 | Overruled | Overruled | Overruled |
| 180:14-180:21 | Overruled | Overruled | Overruled |
| 180:23-181:5 | Overruled | Overruled | Overruled |
| 181:21-182:4 | Overruled | Overruled | Overruled |
| 182:6-183:1 | Overruled | Overruled | Overruled |
| 185:21-185:24 | Sustained as to 185:21 "While selling ObTape" | Sustained as to 185:21 "While selling ObTape" | Sustained as to 185:21 "While selling ObTape" |
| 187:14-187:21 | Overruled | Overruled | Overruled |
| 187:23-188:25 | Overruled | Overruled | Overruled |
| 191:4-191:9 | Overruled | Overruled | Overruled |
| 191:16-192:22 | Overruled | Overruled | Overruled |
| 193:1-193:10 | Overruled | Overruled | Overruled |
| 193:12-195:1 | Overruled | Overruled | Overruled |
| 195:5-195:12 | Overruled | Overruled | Overruled |
| 195:13-196:18 | Sustained as to 195:13 "while Mentor was selling ObTape" | Sustained as to 195:13 "while Mentor was selling ObTape" | Sustained as to 195:13 "while Mentor was selling ObTape" |
| 197:21-198:18 | Overruled | Overruled | Overruled |
| 199:21-200:5 | Overruled | Overruled | Overruled |
| 200:7-200:16 | Overruled | Overruled | Overruled |
| 200:24-201:9 | Overruled | Overruled | Overruled |
| 204:14-205:15 | Overruled | Overruled | Overruled |
| 205:20-207:4 | Overruled | Overruled | Overruled |
| 209:2-209:12 | Overruled | Overruled | Overruled |

| Daley 2010 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 209:14-209:21 | Overruled | Overruled | Overruled |
| 210:7-210:9 | Sustained as to 210:7-8 "and the whole time it sold the product" | Sustained as to 210:7-8 "and the whole time it sold the product" | Sustained as to 210:7-8 "and the whole time it sold the product" |
| 210:10-210:15 | Overruled | Overruled | Overruled |
| 210:23-211:17 | Overruled | Overruled | Overruled |
| 212:19-213:13 | Overruled | Overruled | Overruled |
| 214:19-214:25 | Overruled | Overruled | Overruled |
| 215:2-215:8 | Overruled | Overruled | Overruled |
| 218:20-219:3 | Overruled | Overruled | Overruled |
| 219:5-219:19 | Overruled | Overruled | Overruled |
| 220:11-220:21 | Overruled | Overruled | Overruled |
| 222:8-222:24 | Overruled | Overruled | Overruled |
| 225:23-226:10 | Overruled | Overruled | Overruled |
| 227:2-227:20 | Overruled | Overruled | Overruled |
| 228:24-228:25 | Overruled | Overruled | Overruled |
| 229:16-230:7 | Sustained as to 229:16 "From 2002 to 2006" | Sustained as to 229:16 "From 2002 to 2006" | Sustained as to 229:16 "From 2002 to 2006" |
| 230:23-231:5 | Overruled | Overruled | Overruled |
| 232:7-232:17 | Overruled | Overruled | Overruled |
| Exhibit 10 | Sustained to the extent that the following should be redacted: "in the 510(k) that the FDA may request further information on" on page 1 and "(from the Sabre)" on page 2 | Sustained to the extent that the following should be redacted: "in the 510(k) that the FDA may request further information on" on page 1 and "(from the Sabre)" on page 2 | Sustained to the extent that the following should be redacted: "in the 510(k) that the FDA may request further information on" on page 1 and "(from the Sabre)" on page 2 |
| 234:2-234:6 | Overruled | Overruled | Overruled |
| 234:15-234:16 | Overruled | Overruled | Overruled |
| 235:17-236:18 | Sustained as to 236:5-6 "in the 510(k) that the FDA may request further information on" | Sustained as to 236:5-6 "in the 510(k) that the FDA may request further information on" | Sustained as to 236:5-6 "in the 510(k) that the FDA may request further information on" |

| Daley 2010 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 242:16-243:4 | Overruled | Overruled | Overruled |
| 243:9-244:9 | Overruled | Overruled | Overruled |
| 245:14-246:7 | Overruled | Overruled | Overruled |
| 246:25-247:10 | Overruled | Overruled | Overruled |
| 247:22-248:11 | Overruled | Overruled | Overruled |
| 248:24-250:5 | Overruled | Overruled | Overruled |
| 250:9-250:25 | Overruled | Overruled | Overruled |
| 254:12-256:5 | Overruled | Overruled | Overruled |
| 258:6-259:16 | Overruled | Overruled | Overruled |
| 261:10-261:18 | Overruled | Overruled | Overruled |
| 262:6-262:14 | Overruled | Overruled | Overruled |
| 263:12-263:19 | Overruled | Overruled | Overruled |
| 265:13-267:5 | Overruled | Overruled | Overruled |
| 267:7-267:16 | Sustained as to 267:7 "When Mentor was selling ObTape" and 267:11-13 "When Mentor was selling the ObTape material -- excuse me, the ObTape product" | Sustained as to 267:7 "When Mentor was selling ObTape" and 267:11-13 "When Mentor was selling the ObTape material -- excuse me, the ObTape product" | Sustained as to 267:7 "When Mentor was selling ObTape" and 267:11-13 "When Mentor was selling the ObTape material -- excuse me, the ObTape product" |
| 268:7-268:11 | Sustained as to 268:7 "When Mentor was selling ObTape" | Sustained as to 268:7 "When Mentor was selling ObTape" | Sustained as to 268:7 "When Mentor was selling ObTape" |
| 269:18-269:25 | Overruled | Overruled | Overruled |
| 273:4-273:9 | Overruled | Overruled | Overruled |
| 274:11-275:4 | Overruled | Overruled | Overruled |
| 275:9-275:15 | Overruled | Overruled | Overruled |
| 294:4-294:25 | Overruled | Overruled | Overruled |
| 295:16-295:25 | Overruled | Overruled | Overruled |
| 296:2-296:6 | Overruled | Overruled | Overruled |
| 297:15-297:22 | Overruled | Overruled | Overruled |
| 301:24-302:6 | Overruled | Overruled | Overruled |
| 302:7-302:10 | Sustained as to 302:7-8 "while Mentor was selling ObTape" | Sustained as to 302:7-8 "while Mentor was selling ObTape" | Sustained as to 302:7-8 "while Mentor was selling ObTape" |
| 304:14-305:6 | Overruled | Overruled | Overruled |
| 305:17-306:2 | Overruled | Overruled | Overruled |

| Daley 2010 Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 313:7-313:14 | Sustained as to 313:9-10 "while Mentor was selling the product" | Sustained as to 313:9-10 "while Mentor was selling the product" | Sustained as to 313:9-10 "while Mentor was selling the product" |
| 313:18-314:3 | Overruled | Overruled | Overruled |
| 314:19-316:10 | Overruled | Overruled | Overruled |
| 318:13-319:1 | Overruled | Overruled | Overruled |
| 319:7-320:11 | Overruled | Overruled | Overruled |
| 320:10-321:8 | Overruled | Overruled | Overruled |
| 321:12-323:6 | Overruled | Overruled | Overruled |
| 324:6-326:22 | Overruled | Overruled | Overruled |
| Exhibit 18 | Sustained | Sustained | Sustained |
| 326:23-329:22 | Sustained | Sustained | Sustained |
| 329:25-333:23 | Sustained | Sustained | Sustained |
| 334:13-334:17 | Overruled | Overruled | Overruled |
| 335:24-337:3 | Overruled | Overruled | Overruled |
| 337:4-337:12 | Sustained as to 337:4-5 "while it was selling ObTape" | Sustained as to 337:4-5 "while it was selling ObTape" | Sustained as to 337:4-5 "while it was selling ObTape" |
| 337:13-337:17 | Overruled | Overruled | Overruled |
| 355:1-355:11 | Overruled | Overruled | Overruled |

E.   Adel Michael, Apr. 16, 2009

| Michael Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 36:10-36:21 | Overruled | Overruled | Overruled |
| 37:20-38:11 | Sustained as to 38:9-10 "is highly regulated by the FDA and all the foreign governing bodies" | Sustained as to 38:9-10 "is highly regulated by the FDA and all the foreign governing bodies" | Sustained as to 38:9-10 "is highly regulated by the FDA and all the foreign governing bodies" |
| 39:8-39:16 | Sustained as to 39:14-15 "and they have complied with all the regulatory requirements" | Sustained as to 39:14-15 "and they have complied with all the regulatory requirements" | Sustained as to 39:14-15 "and they have complied with all the regulatory requirements" |

| Michael Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 51:13-51:20 | Overruled | Overruled | Overruled |
| 79:5-79:8 | Overruled | Overruled | Overruled |
| 97:20-97:25 | Overruled | Overruled | Overruled |
| 100:1-100:12 | Overruled | N/A | N/A |

F.   Catherine Ortuno – Oct. 19, 2009

| Ortuno Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 29:1-29:14 | Sustained as to 29:4-5 "and then the move from ObTape to Aris" | Sustained as to 29:4-5 "and then the move from ObTape to Aris" | Sustained as to 29:4-5 "and then the move from ObTape to Aris" |
| 29:18-30:18 | Sustained | Sustained | Sustained |
| 54:14-55:15 | Sustained | Sustained | Sustained |
| 143:16-143:22 | Sustained as to 143:16-18 | Sustained as to 143:16-18 | Sustained as to 143:16-18 |
| 145:9-145:19 | Sustained | Sustained | Sustained |
| 160:17-161:19 | Overruled | Overruled | Overruled |
| 166:9-166:17 | Overruled | Overruled | Overruled |
| 200:24-201:2 | Overruled* | Sustained | Overruled* |
| 202:13-203:8 | Overruled* | Sustained | Overruled* |
| 207:16-207:20 | Sustained | Sustained | Sustained |
| 214:8-214:18 | Overruled | Overruled | Overruled |
| 216:20-218:5 | Overruled | Overruled | Overruled |
| 222:21-223:17 | Overruled | Overruled | Overruled |
| 225:4-225:13 | Overruled | Overruled | Overruled |
| 230:3-231:17 | Overruled* | Sustained | Overruled* |
| 233:1-233:25 | Overruled | Overruled | Overruled |
| 236:5-236:25 | Overruled* | Sustained | Overruled* |
| 237:6-237:9 | Overruled* | Sustained | Overruled* |
| 239:12-239:22 | Overruled | Overruled | Overruled |
| 240:1-241:1 | Overruled | Overruled | Overruled |
| 246:25-247:18 | Overruled* | Sustained | Overruled* |
| 250:5-250:23 | Overruled* | Sustained | Overruled* |
| 253:7-253:23 | Overruled | Overruled | Overruled |
| 258:6-258:14 | Overruled* | Sustained | Overruled* |
| 262:25-265:9 | Overruled* | Sustained | Overruled* |
| 265:19-266:3 | Sustained as to 266:1-3 starting at "And we were" | Sustained as to 266:1-3 starting at "And we were" | Sustained as to 266:1-3 starting at "And we were" |
| 269:6-269:9 | Overruled | Overruled | Overruled |

| | | | |
|---|---|---|---|
| 269:12-272:4 | Overruled | Overruled | Overruled |
| 272:21-273:4 | Overruled* | Sustained | Overruled* |
| 280:16-281:7 | Overruled | Overruled | Overruled |
| 281:16-282:3 | Overruled* | Overruled | Overruled |
| 294:9-296:8 | Overruled* | Sustained | Overruled* |
| 297:12-298:5 | Sustained | Sustained | Sustained |
| 300:6-300:6 | Sustained | Sustained | Sustained |
| 305:2-305:12 | Overruled | Overruled | Overruled |
| 313:4-314:3 | Overruled | Overruled | Overruled |
| 323:11-324:2 | Overruled | Overruled | Overruled |
| 327:19-328:3 | Overruled | Overruled | Overruled |
| 328:21-329:2 | Overruled* | Overruled | Overruled |
| 329:18-331:9 | Overruled | Overruled | Overruled |
| Exhibit 18 | The parties did not point the Court to a copy of Exhibit 18 (or any other exhibit to Dr. Ortuno's deposition).  Based on context, the Court believes it is the 11/2004 email between Mentor employees regarding TOT in France; Mentor's objections to the 11/2004 email are overruled. | | |
| 332:6-333:19 | Overruled | Overruled | Overruled |
| 334:10-334:20 | Overruled | Overruled | Overruled |
| 335:1-335:4 | Overruled | Overruled | Overruled |

G.   Ray Tantillo – Sept. 30, 2009

| Tantillo Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 14:19-14:20 | Overruled | Overruled | Overruled |
| 18:11-19:11 | Sustained | Sustained | Sustained |
| 21:4-22:15 | Sustained | Sustained | Sustained |
| 26:3-26:21 | Sustained | Sustained | Sustained |
| 35:4-35:18 | Overruled | Overruled | Overruled |
| 35:4-36:6 | Overruled | Overruled | Overruled |
| 46:16-47:1 | Sustained | Sustained | Sustained |
| 53:4-54:11 | Overruled | Overruled | Overruled |
| 54:18-55:5 | Overruled | Overruled | Overruled |
| 56:18-57:5 | Sustained as to 56:20 "you won't be selling Sabre" and 57:2-5 | Sustained as to 56:20 "you won't be selling Sabre" and 57:2-5 | Sustained as to 56:20 "you won't be selling Sabre" and 57:2-5 |
| 56:18-59:12 | Sustained as to 56:20 "you won't be selling Sabre" and 57:2-5 | Sustained as to 56:20 "you won't be selling Sabre" and 57:2-5 | Sustained as to 56:20 "you won't be selling Sabre" and 57:2-5 |

| Tantillo Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 58:20-58:23 | Sustained | Sustained | Sustained |
| 60:1-60:10 | Overruled | Overruled | Overruled |
| 64:9-65:8 | Sustained as to 65:5-8 | Sustained as to 65:5-8 | Sustained as to 65:5-8 |
| 69:9-70:10 | Sustained | Sustained | Sustained |
| 76:21-77:1 | Overruled | Overruled | Overruled |
| 77:12-77:16 | Overruled | Overruled | Overruled |
| 94:17-95:7 | Overruled | Overruled | Overruled |
| 95:2-95:7 | Overruled | Overruled | Overruled |
| 96:5-98:13 | Overruled | Overruled | Overruled |
| 98:14-100:12 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 119:19-119:24 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 120:15-122:14 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 123:5-126:2 | Overruled | Overruled | Overruled |
| 133:12-134:15 | Overruled | Overruled | Overruled |
| 134:12-134:15 | Overruled | N/A | N/A |
| 135:8-135:12 | Overruled | N/A | N/A |
| 135:17-137:2 | Overruled | Overruled | Overruled |
| 140:5-141:9 | Overruled | Overruled | Overruled |
| Exhibit 11 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 142:3-142:5 | Overruled | Overruled | Overruled |
| 142:15-142:21 | Overruled | Overruled | Overruled |

| Tantillo Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 144:1-144:12 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 144:20-147:9 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| Exhibit 12 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 149:24-153:11 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 156:1-156:12 | Overruled | Overruled | Overruled |
| 156:17-157:11 | Overruled | Overruled | Overruled |
| 157:24-158:9 | Overruled | Overruled | Overruled |
| 160:2-164:2 | Overruled | N/A | N/A |
| 160:23-162:9 | Overruled | Overruled | Overruled |
| 162:10-162:18 | Overruled | Overruled | Overruled |
| 162:19-164:2 | Overruled | Overruled | Overruled |
| Exhibit 14 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 165:22-166:4 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 166:18-168:23 | Overruled | Overruled | Overruled |
| 174:24-175:4 | Sustained | Sustained | Sustained |

| Tantillo Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 176:6-176:13 | Overruled | Overruled | overruled |
| 176:14-177:2 | Overruled | N/A | N/A |
| 178:12-178:19 | Overruled | N/A | N/A |
| 188:15-188:21 | Overruled | Overruled | Overruled |
| 190:2-190:5 | Sustained | Sustained | Sustained |
| 190:14-191:7 | Overruled | N/A | N/A |
| 191:17-191:24 | Overruled | Overruled | Overruled |
| 193:4-193:9 | Overruled | Overruled | Overruled |
| 193:10-194:23 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 194:24-195:9 | Overruled | Overruled | Overruled |
| 195:10-200:21 | Overruled | Overruled | Overruled |
| 202:18-204:7 | Overruled | Overruled | Overruled |
| 206:15-206:23 | Overruled | Overruled | Overruled |
| 206:24-208:4 | Overruled* | Overruled | Overruled |
| 208:5-208:14 | Overruled | Overruled | Overruled |
| 208:18-208:20 | Overruled | Overruled | Overruled |
| 209:9-209:14 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 210:9-211:7 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 211:17-212:6 | Overruled | Overruled | Overruled |
| 212:13-212:16 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |

| Tantillo Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| 213:6-213:8 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 213:14-213:23 | Overruled | N/A | N/A |
| 214:6-214:9 | Overruled | N/A | N/A |
| 214:12-216:10 | Overruled* | Sustained as to 215:10-15 | Overruled* |
| 216:11-216:13 | Overruled | N/A | N/A |
| 217:5-219:22 | Overruled | Overruled | Overruled |
| 220:10-220:24 | Overruled | Overruled | Overruled |
| 221:12-221:17 | Overruled | Overruled | Overruled |
| 221:20-222:1 | Overruled | N/A | N/A |
| 222:10-224:1 | Overruled | Overruled | Overruled |
| 224:2-224:14 | Overruled | N/A | N/A |
| 224:18-226:6 | Overruled | Overruled | Overruled |
| Exhibit 24 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 231:13-234:14 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 234:15-235:7 | Overruled | N/A | N/A |
| 235:16-237:3 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 236:22-237:3 | Overruled | Overruled | Overruled |
| 237:23-240:7 | Sustained as to 237:23-238:2, 239:14-15 "and then I know for a fact with Aris there was" | Sustained as to 237:23-238:2, 239:14-15 "and then I know for a fact with Aris there was" | Sustained as to 237:23-238:2, 239:14-15 "and then I know for a fact with Aris there was" |

| Tantillo Page/Line | Taylor | Sanborn | Mack |
|---|---|---|---|
| Exhibit 27 | Sustained as to reference to new product ("We need the new product ASAP in order to grow this business for FY06.") | Sustained as to reference to new product ("We need the new product ASAP in order to grow this business for FY06.") | Sustained as to reference to new product ("We need the new product ASAP in order to grow this business for FY06.") |
| 242:15-243:13 | Sustained as to 242:13-14 ("We need...") | Sustained as to 242:13-14 ("We need...") | Sustained as to 242:13-14 ("We need...") |
| 245:5-245:19 | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. | Sustained to the extent that healthcare provider info should be redacted. |
| 246:3-246:5 | Sustained | Sustained | Sustained |
| 249:2-251:5 | Overruled | Overruled | Overruled |
| 251:21-252:9 | Overruled | N/A | N/A |
| 253:2-253:23 | Overruled | Overruled | Overruled |
| 253:24-255:12 | Overruled | Overruled | Overruled |
| 255:21-256:18 | Overruled | Overruled | Overruled |
| 257:8-257:24 | Overruled | Overruled | Overruled |
| 258:1-261:5 | Overruled | Overruled | Overruled |
| 298:9-299:8 | Overruled | Overruled | Overruled |
| 338:4-340:19 | Overruled | Overruled | Overruled |
| 412:23-413:21 | Overruled | Overruled | Overruled |
| 423:16-423:23 | Overruled | Overruled | Overruled |
| 430:13-430:24 | Sustained | Sustained | Sustained |
| 431:8-432:4 | Overruled* | Sustained | Overruled* |
| 432:5-432:22 | Overruled | Overruled | Overruled |

H.   Kathleen Kobashi – Mar. 12, 2015 (in *Taylor* only)

The testimony Taylor designated from Dr. Kobashi's deposition discusses exhibits.  The parties did not submit the exhibits with Dr. Kobashi's deposition transcript, and the Court cannot locate the exhibits in the present record.  Without the exhibits, the Court cannot determine whether Dr. Kobashi's

testimony regarding the exhibits is admissible.   If Taylor wishes to use Dr. Kobashi's deposition at trial, she shall submit a copy of the exhibits and shall respond to Mentor's objections by noon on Wednesday, February 3.

I.   Teresa Taylor – Nov. 13, 2014 (in *Taylor* only)

Taylor's counsel represented that Taylor will be present at trial.   Pretrial Order ¶ 18(a), ECF No. 87 in 4:12-cv-176.   It is thus unclear why Taylor's counsel designated her deposition testimony to be played at trial.   Taylor did not explain why she may offer her own deposition testimony at trial under Federal Rule of Civil Procedure 32 if she is available to testify. Unless Taylor establishes that she is unavailable under Rule 32(a)(4) or that her use of the deposition at trial is permissible under Rule 32 for some other reason, Taylor shall not be permitted to offer the deposition at trial.

Even if Taylor may use her deposition at trial under Rule 32, her present designations are insufficient.   Most of the designations are incomplete snippets of Taylor's testimony that, if presented to the jury as designated, would make little to no sense.   The Court thus sustains all of Mentor's objections based on incompleteness.   Though the Court initially tried to determine which additional portions of the deposition questions and testimony should be included so that the designations would make sense, the Court soon concluded that such an exercise would

be a waste of its time.  If Taylor believes that she may offer the deposition under Rule 32, then she shall submit revised designations that address the incompleteness concerns.  The revised designations are due by noon on Wednesday, February 3. Mentor may respond by 5:00 PM on Thursday, February 4.

### J. Jonathan Vukovich – Jan. 22, 2015 (in *Taylor* only)

12:20-12:21 - Overruled
13:9-13:17 - Overruled
Exhibit 8 - Overruled*  NOTE: the parties did not submit the exhibits to Dr. Vukovich's deposition, so the Court cannot review Exhibit 8.  Based on the testimony, the Court presumes that it is a published 2005 article by Dr. Andrew Siegel.
54:8-54:11 - Overruled*
54:12-56:7 - Overruled*
Exhibit 9 – Overruled  NOTE: the parties did not submit the exhibits to Dr. Vukovich's deposition, so the Court cannot review Exhibit 9.  Based on the testimony, the Court presumes that it is a 2003 letter to Dr. Vukovich from Mentor regarding ObTape.
57:2-58:16 - Overruled
Exhibit 10 – Sustained  NOTE: the parties did not submit the exhibits to Dr. Vukovich's deposition, and the Court cannot tell what Exhibit 10 is from the testimony and thus cannot determine whether it is admissible.
62:5-62:24 - Overruled
63:1-63:5 - Overruled
65:13-66:5 - Overruled*
68:1-68:13 - Overruled
70:14-70:23 - Overruled*
71:14-71:21 - Overruled
71:22-73:1 - Overruled
73:14-73:18 - Overruled
73:21-74:4 - Overruled

### K. Robert Rosen (in *Sanborn* only)

87:9-87:11 - Overruled
89:16-89:25 - Overruled
90:16-90:22 - Overruled

    L.   Ralph Nishitani (in *Mack* only)

        116:22-117:10 - Overruled
        120:16-121:3 - Sustained
        121:4-121:9 - Sustained
        121:10-121:17 - Overruled*
        121:18-121:24 - Overruled*
        122:7-123:25 - Overruled
        124:1-125:5 - Overruled*
        125:6-125:21 - Overruled*
        126:9-127:11 - Overruled*
        127:12-127:17 - Overruled*
        127:18-129:2 - Overruled*
        129:3-129:18 - Overruled*
        136:12-137:1 - Overruled
        138:4-138:10 - Overruled
        140:16-142:10 - Overruled

## II.  Plaintiffs' Objections to Mentor's Deposition Designations

    A.   Dave Amerson – Feb. 10, 2010

        321:2-329:17 - Sustained as to 323:21-24 and any other references to Lisa Reich's mother.

    B.   Kathleen Beauchamp – Mar. 12, 2010

        30:12 – 30:18 - Sustained as to 30:15-16 through "...all of the labeling."
        250:22 – 10 - Overruled
        253:20 – 254:8 - Overruled
        258:9 – 258:25 - Sustained
        265:24 – 266:5 - Overruled

    C.   Emily Daley – Aug. 11, 2009

        11:3 – 11:13 - Overruled
        34:4 – 34:21 - Overruled
        38:6 – 369 - Overruled
        45:3 – 45:8 - Sustained
        46:1 – 46:9 - Sustained

    D.   Emily Daley – Feb. 25, 2010

        60:2 – 60:7 - Sustained as to 60:2-5 through "510(k)"
        236:19 – 236:23 - Sustained

E.    Catherine Ortuno – Oct. 19, 2009

    184:23 – 185:9 – Overruled

F.    Clarke Scherff – Feb. 17, 2010

    18:3 – 19:3 – Sustained
    144:21 – 145:4 – Sustained
    296:20 – 297:2 – Sustained
    297:7 – 307:9 – Sustained
    307:17 – 308:22 – Sustained
    310:5 – 312:2 – Sustained
    312:9 – 313:15 – Sustained
    314:19 – 316:19 – Sustained
    316:22 – 320:17 – Sustained
    330:22 – 332:14 – Sustained

G.    Ray Tantillo – Sept. 30, 2009

    294:6 – 294:16 – Sustained
    383:2 – 385:23 – Overruled
    442:19 – 443:2 – Overruled

IT IS SO ORDERED, this 2nd day of February, 2016.

            s/Clay D. Land
            _____
            CLAY D. LAND
            CHIEF U.S. DISTRICT COURT JUDGE
            MIDDLE DISTRICT OF GEORGIA